IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION


KATHRYN MONET,                                              Civ. No. 1:25-cv-02085-CL

            Plaintiff,                                              **ORDER**

      v.

OFFICER TRAVIS DRAEGER,

            Defendant.

_____


AIKEN, District Judge:

Before the Court is a Findings and Recommendation ("F&R") filed by Magistrate Judge Mark D. Clarke. *See* ECF No. 9. Judge Clarke recommends that the Court DISMISS self-represented Plaintiff's action for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Fed. R. Civ. P. 12(b)(6). No objections were filed. The Court ADOPTS Judge Clarke's F&R, ECF No. 9, in full.

Under the Federal Magistrates Act, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

For those portions of a magistrate judge's findings and recommendations to which neither party has objected, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Although no review is required in the absence of objections, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Id.* at 150. The Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court should review the recommendation for "clear error on the face of the record."

In this case, no objections were filed.

For the reasons explained above, the F&R, ECF No. 9, is ADOPTED, and the Complaint, ECF No. 1, is DISMISSED.

It is so ORDERED and DATED this ___8th___ day of January 2026.


　　　　　　　　　　 /s/Ann Aiken
　　　　　　　　　　 ANN AIKEN
　　　　　　　　　　 United States District Judge


Page 2 – ORDER